NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MORRISTOWN KNITTING MILLS, Respondent.

No. 10986.

United States Court of Appeals
Sixth Circuit.

Dec. 9, 1949.

Robert N. Denham, Washington, D. C., for petitioner.

Taylor & Badgett, Knoxville, Tenn., for respondent.

Before HICKS, Chief Judge, and SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of respondent, Morristown Knitting Mills, concurred in by the petitioner,

It is ordered that this case be and the same is hereby remanded to the National Labor Relations Board to permit the Board to take evidence concerning the matters raised in respondent's motion, and to reopen the entire record in so far as it pertains to the alleged discriminatory discharge of Beulah Mae Mayes to determine, in the light of all the evidence heretofore taken and to be taken, including evidence as to events occurring since the hearing before the trial examiner, what modification, if any, should be made in the Board's order.

William Burnett NUNN, Appellant, v. UNITED STATES of America, Appellee.

No. 10934.

United States Court of Appeals
Sixth Circuit.

Dec. 14, 1949.

James Doran, Cincinnati, Ohio, for appellant.

Ray. J. O'Donnell, Cincinnati, Ohio, Frank J. Richter, Cincinnati, Ohio, for appellee.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record and the arguments in open court by the counsel for appellant and for the government, and the court being duly advised,

Now, therefore, it is hereby ordered, adjudged, and decreed that the order of the District Court denying appellant's motion to vacate judgment and sentence be and the same is hereby affirmed.